IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CSC SUGAR LLC, | * | |
| Plaintiff, | * | Civil Action No.   1:24-cv-00984-JRR |
| v. | * | |
| M/V ST. PAUL, IMO: 9623051, its engines, tackle, and apparel, | * | |
| | * | |
| Defendant *in rem*, | * | |
| and | * | |
| ASTEROPE SHIPPING CO. LTD., | * | |
| Defendant *quasi in rem*, | * | |
| and | * | |
| The Master of the M/V ST. PAUL, | * | |
| Garnishee. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *

## WARRANT OF ARREST IN ACTION *IN REM* (VESSEL)

TO THE MARSHAL OF THE DISTRICT OF MARYLAND - GREETING:

WHEREAS, a Verified Complaint has been filed by Plaintiff CSC Sugar LLC United States District Court for District of Maryland on April 4, 2024, against the defendant, M/V ST. PAUL, IMO 9623051, all of its engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not ("Vessel"), *in rem,* upon admiralty and maritime claims for breach of maritime contracts, for maritime torts, and for possession of the vessel, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of said Vessel and that all persons interested in the said Vessel may be cited in general and special to answer the premises and all proceedings be had;

NOW THEREFORE, you are hereby commanded to take into your possession the above-named Vessel and to detain the same in your custody until further order of this Court, and that you promptly after execution of this process file same in this Court with your return thereon.

WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the Vessel serve his claim to vessel within 14 days after process has been executed, and shall serve an answer within 21 days after the filing of the claim.

Issued this __4__ day of April, 2024.

Catherine M. Stavlas
Clerk - U.S. District Court

By: ___/s/_____
B. Wilson, Deputy Clerk