IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

CSC SUGAR LLC,                          *

     Plaintiff,                          *          Civil Action No.   1:24-cv-00984-JRR

v.                                      *

M/V ST. PAUL, IMO: 9623051, its         *
engines, tackle, and apparel,
                                        *
     Defendant *in rem*,
                                        *
and
                                        *
ASTEROPE SHIPPING CO. LTD.,
                                        *
     Defendant *quasi in rem*,
                                        *
and
                                        *
The Master of the M/V ST. PAUL,
                                        *
     Garnishee.
                                        *

    *    *    *    *    *    *    *    *    *    *    *

## **WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT**

**TO GARNISHEE:   MASTER OF THE M/V ST. PAUL, IMO 9623051**

THE PRESIDENT OF THE UNITED STATES OF AMERICA
THE UNITED STATES MARSHAL FOR THE DISTRICT OF MARYLAND.

GREETING:

     WHEREAS, on April 4, 2024, Plaintiff CSC Sugar LLC filed a Verified Complaint against the Asterope Shipping Co., Ltd. ("Asterope"), as defined in the Verified Complaint for reasons in said complaint mentioned for the sum to be held as security pending New York arbitration of at least **USD 1,050,251.31** (herein, the "Garnishment Amount") as demanded for

the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this _____4_____ day of April 2024.


Catherine M. Stavlas
Clerk - U.S. District Court



By: _____/s/_____
B. Wilson, Deputy Clerk


NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2