IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CSC SUGAR LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:24-cv-00984 |
| | § | |
| v. | § | |
| | § | |
| M/V ST. PAUL, IMO: 9623051, its | § | |
| Engines, tackle and apparel | § | |
| | § | |
| Defendant *in rem, et al.* | § | |

**REQUEST FOR SUPPLEMENTAL RULE E(4)(f)
AND LOCAL ADMIRALTY RULE (e)(8) EMERGENCY HEARING**

Asterope Shipping Co. Ltd. ("Asterope"), by and through its undersigned attorneys, Alexander M. Giles, Tydings & Rosenberg, LLP, and Dimitri P. Georgantas, Kevin P. Walters, and Royston, Rayzor, Vickery, and Williams, LLP, hereby files this Request for Supplemental Rule E(4)(f) and Local Admiralty Rule (e)(8) Emergency Hearing, and states as follows:

1. On April 4, 2024, Plaintiff CSC Sugar, LLC, filed a Verified Complaint *In Personam* and for Arrest and Attachment of Vessel *In Rem* and *Quasi In Rem* in this Court seeking to arrest and attach the M/V ST. PAUL, IMO 9623051 (the "Vessel"), as set forth in the Verified Complaint.

2. To date, undersigned counsel have not yet been notified of the actual service of the Writ of Arrest and/or Process of Maritime Attachment upon the Vessel, though we have been advised by opposing counsel that it is in the process of happening.

3. The M/V ST. PAUL was transferred from the Annapolis Anchorage to a berth at Tradepoint Atlantic/Tradepoint Terminals earlier today, April 11, 2024.  The current expectation is that the loading/unloading operations will conclude in approximately three (3) days.

Consequently, it is imperative to schedule a prompt hearing regarding this matter so that the Vessel can hopefully be released from arrest and attachment in a timely manner.

4. Given the circumstances of this case, counsel for Plaintiff CSC Sugar does not object to a prompt hearing being held by this Court.

WHEREFORE, Asterope Shipping Co., Ltd. Respectfully requests that a hearing pursuant to Supplemental Admiralty Rule E(4)(f) of the Federal Rules of Civil Procedure and Local Admiralty Rule (e)(8) be held by this Court as soon as possible, and that this Court grant such other and further relief as the justice of this cause may require.

      /s/ Alexander M. Giles
Alexander M. Giles, Fed. Bar No. 25474
Tydings & Rosenberg, LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Direct - (410) 752-9747
agiles@tydings.com

Of Counsel:
Dimitri P. Georgantas
Kevin P. Walters
Royston, Rayzor, Vickery, and Williams LLP
1415 Louisiana, Suite 4200
Houston, Texas 77002

*Attorneys for Asterope Shipping Co., Ltd.*

6140612.1