IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CSC SUGAR LLC, | * | |
| Plaintiff, | * | Civil Action No. 24-cv-984-JRR |
| v. | * | |
| M/V ST. PAUL, IMO: 9623051, its engines, tackle and apparel | * | |
| | * | |
| Defendant *in rem*, | | |
| | * | |
| and | | |
| | * | |
| ASTEROPE SHIPPING CO. LTD., | | |
| | * | |
| Defendant *quasi in rem*, | | |
| | * | |
| and | | |
| | * | |
| The Master of the M/V ST. PAUL, | | |
| | * | |
| Garnishee. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **(CONSENT) LINE**

Parties have reached an agreement for the issuance of a Letter of Undertaking as security for Plaintiff CSC Sugar LLC's claims. As such, Defendant Asterope Shipping Co. Ltd. hereby withdraws its Request for Supplemental Rule E(4)(f) and Local Admiralty Rule (e)(8)

Emergency Hearing.[1]

Dated: April 12, 2024.

|  | /s/ J. Stephen Simms<br>J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Telephone: (410) 783-5795<br>Facsimile: (410) 510-1789<br>jssimms@simmsshowers.com<br><br>CSC Sugar LLC Counsel<br><br>/s/ Alexander M. Giles<br>Alexander M. Giles, Fed. Bar No. 25474<br>Tydings & Rosenberg, LLP<br>One East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>Direct - (410) 752-9747<br>agiles@tydings.com<br><br>Of Counsel:<br><br>Dimitri P. Georgantas<br>Kevin P. Walters<br>Royston, Rayzor, Vickery, and Williams LLP<br>1415 Louisiana, Suite 4200<br>Houston, Texas 77002<br><br>Attorneys for Asterope Shipping Co., Ltd. |

---

[1] Counsel for Asterope, Alexander M. Giles, has advised that the computers are currently down at Tydings & Rosenberg, LLP making it impossible for him to draft and file a Line to withdraw Asterope's request. As such, with the permission of Judge Rubin, CSC is filing the Line.