IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CSC SUGAR LLC, | * | |
| Plaintiff, | * | Civil Action No. 24-cv-984-JRR |
| v. | * | |
| M/V ST. PAUL, IMO: 9623051, its engines, tackle and apparel | * | |
| | * | |
| Defendant *in rem*, | * | |
| and | * | |
| ASTEROPE SHIPPING CO. LTD., | * | |
| Defendant *quasi in rem*, | * | |
| and | * | |
| The Master of the M/V ST. PAUL, | * | |
| Garnishee. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE – PROVISION OF SECURITY –
## SUPPLEMENTAL RULE C WARRANT,
## <u>SUPPLEMENTAL RULE B WRIT</u>

PLEASE TAKE NOTICE that on April 12, 2024, the accompanying Letter of Undertaking ("LOU") was provided on behalf of the defendant *quasi in rem* Asterope Shipping Company, as security in response to the Supplemental Rule B writ issued by this Court, and on behalf of Asterope Shipping Company as claimant to the defendant M/V ST. PAUL, IMO:

9623051, its engines, tackle and apparel ("Vessel), *in rem*, as security in response to the Supplemental Rule C warrant issued by this Court (collectively, the "Security").

This Court's respective *quasi in rem* and *in rem* jurisdiction continues on the Security.

Dated: April 14, 2024.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Catherine M. Benson (#25995)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 410-783-5795
Fax: 410-510-1789
jssimms@simmsshowers.com
cmbenson@simmsshowers.com

CSC Sugar LLC Counsel

**CERTIFICATE OF SERVICE**

I certify that on this April 14, 2024 I caused the foregoing and Security/LOU to be filed on this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms